**U.S. Department of Labor**

Office of the Solicitor
201 Varick Street
New York



Reply to the Attention of:

SOL:DW:WS
(C7)
Tel. 212-337-2097

June 4, 2007

Robert C. Heinemann, Clerk of Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Mr. Heinemann:

Re: Secretary of Labor v. Mister Gold Inc., et al.

Enclosed please find an original and two (2) copies of the Secretary's Complaint. We now have in our office a settlement agreement fully executed by the defendants in the form of a Consent Judgment. Upon the Court's docketing of this case, we will file the Consent Judgment via ECF to close this case with no further proceedings.

Please file the original Complaint and return the conformed copy to this office in the enclosed self-addressed envelope provided.

If you have any questions, please contact me at (212) 337-2097. Thank you for your assistance in this matter.

Sincerely,

Patricia M. Rodenhausen
Regional Solicitor

By: Douglas Weiner
Senior Trial Attorney

Enclosures